[L. A. No. 10022. In Bank.—August 15, 1929.]

E. B. WITTY, Respondent, v. COLIN N. CLINCH et al., Defendants; GEORGE NEWBERGER et al., Appellants.

Rohe & Freston and Ralph E. Lewis for Appellants.

Adair & Adair for Respondent.

THE COURT.— The issues involved herein are precisely like those presented in the companion case of *Witty* v. *Clinch, ante,* p. 779 [279 Pac. 797], this day decided. On the authority of said case the judgment is affirmed.